CASE NO. 15-35044

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, GALLATIN COUNTY REPUBLICAN CENTRAL COMMITTEE, SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE, DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE, & STILLWATER COUNTY REPUBLICAN CENTRAL COMMITTEE,

*Plaintiffs-Appellants,*

v.

LINDA McCULLOCH, in her capacity as Montana's Secretary of State; REGINA PLETTENBERG, in her capacity as the Election Administrator of Ravalli County, CHARLOTTE MILLS, in her official capacity as the Election Administrator of Gallatin County, BOBBI CHRISTENSON, in her capacity as the Election Administrator of Sanders County, SHIRLEY KREIMAN, in her capacity as the Election Administrator of Dawson County, PAULINE MISHLER, in her capacity as the Election Administrator of Stillwater County,

*Defendants-Appellees,*

---

On Appeal from an Order Denying a Preliminary Injunction Motion
United States District Court for the District of Montana
Case No. CV-14-58-H-BMM
The Honorable Brian Morris, Presiding

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants hereby respectfully request that the Court dismiss the appeal in the above-captioned matter, with each side to bear its own costs. The appeal is based upon Appellees'

violation of Appellants' First Amendment rights by enforcement of statutes requiring the internal leadership of political parties be selected by non-party members. On May 5, 2015, Montana Governor Steve Bullock signed into law HB 454, which allows political parties to establish their own rules regarding the selection of their internal leaders. Appellants' preliminary injunction appeal is therefore moot.

Appellants' counsel has contacted counsel for Appellees regarding this motion. Appellees' counsel stated that he does not oppose this motion.

DATED: May 12, 2015           Respectfully submitted,

/s/ Matthew G. Monforton
Matthew G. Monforton
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile:  (406) 551-6919

Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 12, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: May 12, 2015

        Respectfully submitted,

        Monforton Law Offices, PLLC

        By:   /s/ Matthew G. Monforton

        Matthew G. Monforton
        *Attorney for Plaintiffs-Appellants*