FILED

MAY 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> LINDA MCCULLOCH, in her official capacity as Montana's Secretary of State; et al., <br><br> Defendants - Appellees. | No. 15-35044 <br><br> D.C. No. 6:14-cv-00058-BMM District of Montana, Helena <br><br> ORDER |

Appellants' unopposed motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted. A copy of this order shall act as and for the mandate of this court.

                                For the Court:
                                MOLLY C. DWYER
                                Clerk of the Court


                                Alihandra M. Totor
                                Deputy Clerk
                                Ninth Circuit Rules 27-7 and 27-10